# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: S. H., MINOR CHILD.

No. 71901

PETER J. H.,
                    Appellant,
            vs.
STATE OF NEVADA DEPARTMENT OF FAMILY SERVICES,
                    Respondent.

**FILED**

MAR 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from three separate family court permanency plan orders, an order denying a motion to dismiss and modify the plan, and several orders to produce appellant to appear at the permanency plan hearings. Fifth Judicial District Court, Nye County; David R. Gamble, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the orders designated in the notice of appeal are not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from a permanency plan, a motion denying a motion to dismiss or modify a permanency plan, or an

SUPREME COURT
OF
NEVADA

(O) 1947A

17-08545

order to produce a prisoner. We conclude, therefore, that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich


cc: Chief Judge, The Fifth Judicial District Court
Hon. David R. Gamble, Senior Judge
Peter Jason Helfrich
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

---

[1]Based on this order, we take no action in regard to the pro se documents filed on March 2 and 14, 2017.